IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RAMON HOSEA McGRAW**
**ADC # 142102**                                                                       **PLAINTIFF**

v.                              No. 1:15-cv-35-DPM-BD

**RAY HOBBS, Administrative Director**
**Pine Bluff Cental Office, et al.**                                              **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts the recommendation, № 32, and overrules McGraw's objections, № 33. FED. R. CIV. P. 72(b)(3). McGraw may proceed on his claims against Defendants Evans and Banks based on his current housing situation. McGraw's remaining claims are dismissed without prejudice because they don't meet the imminent-danger exception. 28 U.S.C. § 1915(g).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 September 2015