IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAMON HOSEA McGRAW
ADC # 142102                                                                                          PLAINTIFF

v.                                      No. 1:15-cv-35-DPM

MARVIN EVANS, JR., Director, Arkansas
Department of Correction, and BANKS,
Warden, Grimes Unit                                                                               DEFENDANTS

ORDER

Unopposed recommendation, № 56, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court grants summary judgment in favor of Banks and Evans on McGraw's deliberate-indifference claims. Those claims will be dismissed with prejudice. Motion to dismiss, № 37, denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2016