IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAMON HOSEA McGRAW
ADC # 142102                                                                          PLAINTIFF

v.                              No. 1:15-cv-35-DPM

RAY HOBBS, Administrative Director
Pine Bluff Cental Office, *et al.*                                                  DEFENDANTS

## JUDGMENT

1. McGraw's deliberate-indifference claims against Defendants Banks and Evans are dismissed with prejudice.

2. McGraw's other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 February 2016